JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.:    925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.:    415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LULU MALONE, individually and on
behalf of a class of similarly situated
individuals,

               Plaintiff,

v.

HANDYBOOK, INC., a Delaware
corporation; HANDY, a business entity
form unknown; and DOES 1-100,
inclusive,

               Defendants.

Case No.  CV14 - 08906 - ODW (SHx)

**DECLARATION OF CAROLYN
CHILDERS IN SUPPORT OF
DEFENDANT'S REMOVAL OF
ACTION TO FEDERAL COURT**

Complaint Filed: August 21, 2014
FAC Filed: October 10, 2014

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

1    I, CAROLYN CHILDERS, hereby declare and state:

2    1.    I am currently the Vice President of Operations for Defendant

3    HANDYBOOK TECHNOLGOIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK,

4    INC.) ("Handy").  I have personal knowledge of the facts set forth in this Declaration,

5    and I can and would testify to those facts if called and sworn as a witness.

6    2.    Handy is a privately held corporation incorporated in the State of

7    Delaware.  Its headquarters and principal place of business is in New York, New

8    York.  Handy provides an online platform whereby customers looking for cleaning

9    services can connect with independent cleaning service professionals.  Handy's online

10   platform is maintained out of its headquarters in New York.  Similarly, Handy's

11   primary administrative and financial offices, including human resources, benefits, and

12   payroll, are located in New York.  A substantial majority, if not all, of the corporate

13   decisions, including with respect to operational, executive, and administrative policies

14   are all made at Handy's headquarters in New York.

15   3.    According to Handy's database reflecting the independent cleaning

16   service professionals who have used Handy's platform to arrange jobs with customers,

17   to which I have access in my role as Vice President of Operations, no fewer than

18   2,058 independent cleaning service professionals, including Plaintiff Lulu Malone,

19   have used the Handy platform to arrange cleaning jobs in California since August

20   2013.  The data from which this information was determined is maintained in the

21   regular course of Handy's business as a regular practice, and is updated at or near the

22   time jobs are completed through the platform.

23

24

25

26

27

28

JITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CHILDERS DECL. ISO DEFENDANT'S
NOTICE OF REMOVAL                                    Case No.

1    I declare under penalty of perjury pursuant to the laws of the United

2    States of America that the foregoing is true and correct.

3    Executed at New York, New York, this 14th day of November 2014.

4

5

6

7    _____
     CAROLYN CHILDERS

8

9    Firmwide:129943209.1 082196.1010

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CHILDERS DECL. ISO DEFENDANT'S          2.          Case No.
NOTICE OF REMOVAL