FILED 2014 NOV 17 PM 4:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

1  JOANNA L. BROOKS, Bar No. 182986
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, CA 94597
   Telephone: 925.932.2468
4  Fax No.: 925.946.9809

5  ANDREW M. SPURCHISE, Bar No. 245998
   ROXANNA IRAN, Bar No. 273625
6  MEL M.C. COLE, Bar No. 293265
   LITTLER MENDELSON, P.C.
7  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
8  Telephone: 415.433.1940
   Fax No.: 415.399.8490
9
   Attorneys for Defendant
10 HANDY TECHNOLOGIES, INC.
   (D/B/A HANDY, F/K/A HANDYBOOK, INC.)
11

                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA

LULU MALONE, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

HANDYBOOK, INC., a Delaware corporation; HANDY, a business entity form unknown; and DOES 1-100, inclusive,

Defendants.

Case No. CV14-08906-ODW(SHx)

**DEFENDANT'S NOTICE OF INTERESTED PARTIES**

[LOCAL RULE 7.1-1]

Complaint Filed: August 21, 2014
FAC Filed: October 10, 2014

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF INTERESTED PARTIES                Case No.

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant") in the above-captioned matter, certifies that the following listed parties are the only parties that, to counsel's knowledge, have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Lulu Malone
2. Defendant Handy Technologies, Inc. (d/b/a Handy, f/k/a Handybook, Inc.)

Dated: November 17, 2014

_____
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Firmwide:129908255.1 082196.1010

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF INTERESTED PARTIES

Case No.