JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

FILED
2014 NOV 17 PM 4:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULU MALONE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HANDYBOOK, INC., a Delaware corporation; HANDY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV14-08906-ODW(SHx)<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1]<br><br>Complaint Filed: August 21, 2014<br>FAC Filed: October 10, 2014 |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Case No.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

**TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF AND HER ATTORNEY(S) OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant") make the following corporate disclosures:

1. Defendant has no parent corporation.
2. Defendant is a privately-held company. There are no publicly traded entities that own 10 percent or more of Defendant's stock.

Dated: November 17, 2014

*[signature]*

ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Firmwide:129908174.1 082196.1010

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Case No.