JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

FILED

2014 NOV 17 PM 4:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULU MALONE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HANDYBOOK, INC., a Delaware corporation; HANDY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV14-08906-ODW (SHx)<br><br>**DEFENDANT'S NOTICE OF RELATED CASES**<br><br>[LOCAL RULE 83-1.3]<br><br>Complaint Filed: August 21, 2014<br>FAC Filed: October 10, 2014 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF RELATED CASES                    Case No.

**TO THE CLERK AND HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Local Rule 83-1.3 of the United States District Court, Central District of California, counsel for Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC) ("Defendant"), hereby aver that:

1. To Defendant's knowledge, no action previously filed or currently pending in the Central District appears to arise from the same or closely related transaction, happening, or event as the instant action;

2. To Defendant's knowledge, no action previously filed or currently pending in the Central District appears to call for determination of the same or substantially related or similar questions of law and fact as the instant action;

3. To Defendant's knowledge, no action previously filed or currently pending in the Central District appears likely to entail substantial duplication of labor if heard by a different judge as the instant action; and

4. Plaintiff's pending lawsuit does not involve issues of patent, trademark, or copyright.

Dated: November 17, 2014

_____
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Firmwide:129942846.1 082196.1010

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF RELATED CASES

Case No.