FILED

2014 NOV 17 PM 4: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

1  JOANNA L. BROOKS, Bar No. 182986
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, CA 94597
   Telephone: 925.932.2468
4  Fax No.: 925.946.9809

5  ANDREW M. SPURCHISE, Bar No. 245998
   ROXANNA IRAN, Bar No. 273625
6  MEL M.C. COLE, Bar No. 293265
   LITTLER MENDELSON, P.C.
7  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
8  Telephone: 415.433.1940
   Fax No.: 415.399.8490
9
   Attorneys for Defendant
10 HANDY TECHNOLOGIES, INC.
   (D/B/A HANDY, F/K/A HANDYBOOK, INC.)
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LULU MALONE, individually and on behalf of a class of similarly situated individuals, | Case No. CV14-08906-ODW(SHx) |
|---|---|
| Plaintiff, | DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS |
| v. | [LOCAL RULE 83-1.4] |
| HANDYBOOK, INC., a Delaware corporation; HANDY, a business entity form unknown; and DOES 1-100, inclusive, | Complaint Filed: August 21, 2014<br>FAC Filed: October 10, 2014 |
| Defendants. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTIONS

Case No.

**TO THE CLERK AND HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Local Rule 83-1.4 of the United States District Court, Central District of California, the undersigned counsel for Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant") in the above-captioned matter, hereby aver that, to their knowledge, the following case involves all or a material part of the subject matter of the instant action: *Vilma Zenelaj and Greta Zenelaj v. Handybook, Inc., Handybook Technologies, Inc., Corporation (dba Handy), and Does 1-100*, Alameda County Superior Court Case No. RG14746429 (*"Zenelaj"*).

In *Zenelaj*, Vilma Zenelaj and Greta Zenelaj (the "*Zenelaj* plaintiffs") filed a putative class action against Defendant (sued as "Handybook, Inc. and Handybook Technologies, Inc., Corporation (dba Handy)"), in the Superior Court of California for the County of Alameda on October 30, 2014.

The *Zenelaj* plaintiffs, on behalf of themselves and "[a]ll persons who worked as Cleaners for Handy in California at any time from four years prior to the date of filling of this action through the date of trial," assert that Defendant violates California law by treating the plaintiffs and putative class members, the same putative class members as in this matter, as independent contractors rather than as employees.

The complaint in *Zenelaj* alleges claims for: (1) failure to pay overtime wages [Cal. Lab. Code §§ 204, 510, 1194, IWC Wage Order Nos. 5-2001 and 15-2001]; (2) failure to pay minimum wage [Cal. Lab. Code §§ 1194, 1197, 1197.1 and IWC Wage Order Nos. 5-2001 and 15-2001]; (3) failure to reimburse required business expenses [Cal. Lab. Code § 2802]; (4) failure to provide meal periods [Cal. Lab. Code §§ 226.7, 512, and IWC Wage Order Nos. 5-2001 and 15-2001]; (5) failure to provide rest periods [Cal. Lab. Code §§ 226.7 and IWC Wage Order Nos. 5-2001 and 15-2001]; (6) failure to furnish accurate itemized wage statements [Cal. Lab. Code § 226]; (7) failure to pay earned wages upon discharge [Cal. Lab. Code §§ 201-

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTIONS

Case No.

203]; (8) failure to remit gratuities [Cal. Lab. Code § 351 enforced through the UCL, and tortious interference with prospective economic advantage]; (9) unlawful and/or unfair business practices [Cal. Bus. & Prof. Code §§ 17200-17208 and Cal. Lab. Code §§ 1199, 2699.5]; and (10) PAGA claim for civil penalties [Cal. Lab. Code § 2698 *et seq.*]. Except for the *Zenelaj* plaintiffs' eighth cause of action (failure to remit gratuities), their causes of action are identical to those asserted in the instant action and are based on the same threshold allegation of independent contractor misclassification. For this reason, *Zenelaj* involves all or a material part of the subject matter of the instant action.

The *Zenelaj* plaintiffs are represented by Laura L. Ho and Byron Goldstein of Goldstein, Borgen, Dardarian & Ho, 300 Lakeside Drive, Suite 1000, Oakland, California 94612, (510) 763-9800, and David H. Browne and Devin Coyle of Browne Labor Law, 475 Washington Blvd., Marina del Rey, California 90292, (310) 421-4810.

Dated: November 17, 2014

———————————————
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A
HANDYBOOK, INC.)

Firmwide:129942969.1 082196.1010

DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTIONS     2.     Case No.