FILED

2014 NOV 17 PM 4: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

1  JOANNA L. BROOKS, Bar No. 182986
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, CA 94597
   Telephone: 925.932.2468
4  Fax No.:   925.946.9809

5  ANDREW M. SPURCHISE, Bar No. 245998
   ROXANNA IRAN, Bar No. 273625
6  MEL M.C. COLE, Bar No. 293265
   LITTLER MENDELSON, P.C.
7  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
8  Telephone: 415.433.1940
   Fax No.:   415.399.8490
9
   Attorneys for Defendant
10 HANDY TECHNOLOGIES, INC.
   (D/B/A HANDY, F/K/A HANDYBOOK, INC.)
11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14 LULU MALONE, individually and on    Case No. CV 14-08906 -ODW (SHx)
   behalf of a class of similarly situated
15 individuals,
                                        DEFENDANT'S CERTIFICATE OF
16         Plaintiff,                   SERVICE

17 v.

18 HANDYBOOK, INC., a Delaware
   corporation; HANDY, a business entity
19 form unknown; and DOES 1-100,
   inclusive,                           Complaint Filed: August 21, 2014
20                                      FAC Filed: October 10, 2014
           Defendants.
21

CERTIFICATE OF SERVICE                              Case No.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On November 17, 2014, I served the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT;**

**DECLARATION OF CAROLYN CHILDERS IN SUPPORT OF DEFENDANT'S REMOVAL OF ACTION TO FEDERAL COURT;**

**CIVIL COVER SHEET;**

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS;**

**DEFENDANT'S NOTICE OF INTERESTED PARTIES;**

**DEFENDANT'S NOTICE OF RELATED CASES;**

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE            2.                    Case No.

☐ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is _____@littler.com.

| | |
|---|---|
| Stephen M. Harris, Esq. | Robert L. Starr, Esq. |
| Knapp, Petersen & Clarke | The Law Offices of Robert L. Starr |
| 550 North Brand Boulevard | 23277 Ventura Boulevard |
| Suite 1500 | Woodland Hills, CA 91364 |
| Glendale, CA 91203 | Fax: 818.225.9042 |
| Fax: 818.547.5329 | Email: robert@starrlawmail.com |
| Email: smh@kpclegal.com | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 17, 2014, at San Francisco, California.

/s/ Olivia Pearl Azevedo
Olivia Pearl Azevedo

Firmwide:130141291.1 082196.1010

CERTIFICATE OF SERVICE 3. Case No.