JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULU MALONE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HANDYBOOK, INC., a Delaware corporation; HANDY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:14-cv-08906-ODW-SH<br><br>**CERTIFICATE OF SERVICE RE NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION**<br><br><br>Complaint Filed: August 21, 2014<br>FAC Filed: October 10, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE   Case No. 2:14-cv-08906-ODW-SH

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 17, 2014, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document attached hereto as **Attachment 1**:

**NOTICE TO PLAINTIFF AND STATE COURT OF FILING OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Stephen M. Harris, Esq.<br>Knapp, Petersen & Clarke<br>550 North Brand Boulevard<br>Suite 1500<br>Glendale, CA 91203<br>Fax: 818.547.5329<br>Email: smh@kpclegal.com | Robert L. Starr, Esq.<br>The Law Offices of Robert L. Starr<br>23277 Ventura Boulevard<br>Woodland Hills, CA 91364<br>Fax: 818.225.9042<br>Email: robert@starrlawmail.com |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 24, 2014, at San Francisco, California.

Olivia Pearl Azevedo

Firmwide:130300948.1 082196.1010

CERTIFICATE OF SERVICE 2. Case No. 2:14-cv-08906-ODW-SH