JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULU MALONE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HANDYBOOK, INC., a Delaware corporation; HANDY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 14-cv-08906-ODW (SHx)<br><br>**STIPULATED DISMISSAL OF LAWSUIT**<br><br>**[FED. R. CIV. P. 41(a)]**<br><br>Complaint Filed: August 21, 2014<br>FAC Filed: October 10, 2014 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATED DISMISSAL OF LAWSUIT

Case No. 14-cv-08906-ODW (SHx)

1  STEPHEN M. HARRIS, Bar No. 110626
   smh@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
3  Glendale, California 91203-1922
   Telephone: (818) 547-5000
4  Facsimile: (818) 547-5329

5  Robert L. Starr, Bar No. 183052
   robert@starrlawmail.com
6  THE LAW OFFICES OF ROBERT L. STARR
   23277 Ventura Boulevard
7  Woodland Hills, California 91364-1002
   Telephone: (818) 225-9040
8  Facsimile: (818) 225-9042

9  Attorneys for Plaintiff
   LULU MALONE, individually and on behalf of a
10 class of similarly situated individuals

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATED DISMISSAL OF LAWSUIT

Case No.  14-cv-08906-ODW (SHx)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LULU MALONE (A/K/A LULA MALONE) ("Plaintiff") and Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant"), through their respective counsel of record that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's above-captioned lawsuit against Defendant is dismissed in its entirety.

IT IS FURTHER HEREBY STIPULATED AND AGREED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

1. Plaintiff's individual claims against Defendant are dismissed in their entirety with prejudice;
2. Plaintiff's putative class claims against Defendant are dismissed in their entirety without prejudice; and
3. Each party will bear its own respective costs of suit and attorneys' fees.

//
//
//
//
//
//
//
//
//
//
//
//
//

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATED DISMISSAL OF LAWSUIT    1.    Case No. 14-cv-08906-ODW (SHx)

**IT IS SO STIPULATED.**

Dated: December 9, 2014

/s/ *Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Dated: December 9, 2014

/s/ *Stephen M. Harris*
STEPHEN M. HARRIS
KNAPP, PETERSEN & CLARKE

/s/ *Robert L. Starr*
ROBERT L. STARR
THE LAW OFFICES OF ROBERT L. STARR

Attorneys for Plaintiff
LULU MALONE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Parties concur in the filing's content and have authorized the filing.

Firmwide:130476266.1 082196.1010

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATED DISMISSAL OF LAWSUIT

Case No. 14-cv-08906-ODW (SHx)